IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FAITH BLAKE,<br>(No. 73053-279), | § § § | Civil Action No. 4:20-CV-807-P |
| TIFFANY SNODGRASS,<br>(No. 20160-043), | § § § | Civil Action No. 4:20-CV-852-P |
| BARBARA CARNNAHAN,<br>(No. 281221-045), | § § § | Civil Action No. 4:20-CV-853-P |
| SHELLY MIXON,<br>(No. 12079-480), | § § § | Civil Action No. 4:20-CV-854-P |
| PEGGY CHAFFIN,<br>(No.70653-061), | § § § | Civil Action No. 4:20-CV-856-P |
| VICTORIA MARTINEZ,<br>(No. 77453-479), | § § § | Civil Action No. 4:20-CV-858-P |
| ARIEL BISHOP,<br>(No. 27411-009), | § § § | Civil Action No. 4:20-CV-871-P |
| BRANDI MOORE,<br>(No. 37492-480), | § § § | Civil Action No. 4:20-CV-873-P |
| STEPHANIE WALKER,<br>(No. 27266-078), | § § § | Civil Action No. 4:20-CV-879-P |
| GEORGIA GREGG,<br>(No. 09223-479), | § § § | Civil Action No. 4:20-CV-880-P |
| GENESIS GONZALEZ,<br>(No. 19703-480), | § § § | Civil Action No. 4:20-CV-881-P |
| JULIANA LOURDE,<br>(No. 28023-078), | § § § | Civil Action No. 4:20-CV-882-P |
| LAURA SHAUGER,<br>(No. 68517-066), | § § § | Civil Action No. 4:20-CV-890-P |
| SAMANTHA FORSYTHE,<br>(No. 31158-064), | § § § | Civil Action No. 4:20-CV-891-P |
| WENDY ESPINOZA,<br>(No. 12293-010), | § § § | Civil Action No. 4:20-CV-898-P |
| AMY ROBERTSON, | § | |

| | |
|---|---|
| (No. 12574-028), § | Civil Action No. 4:20-CV-901-P |
| § | |
| **CANDICE KLEIN,** § | |
| (No. 26623-078), § | Civil Action No. 4:20-CV-902-P |
| § | |
| **CAROLINA MEDELLIN,** § | |
| (No. 98155-051), § | Civil Action No. 4:20-CV-905-P |
| § | |
| **VERONICA VALENZUELA,** § | |
| (No. 50918-051), § | Civil Action No. 4:20-CV-907-P |
| § | |
| **EUGENIA ROWLAND,** § | |
| (No. 13940-273), § | Civil Action No. 4:20-CV-909-P |
| § | |
| **CRYSTAL THOMAS,** § | |
| (No. 27832-078), § | Civil Action No. 4:20-CV-910-P |
| § | |
| **LAURA HERNANDEZ,** § | |
| (No. 38575-379), § | Civil Action No. 4:20-CV-911-P |
| § | |
| **JESSICA CHRONISTER,** § | |
| (No. 27884-064), § | Civil Action No. 4:20-CV-913-P |
| § | |
| **JENNIFER BARELA,** § | |
| (No. 89655-051), § | Civil Action No. 4:20-CV-916-P |
| § | |
| **TARA CHILDRESS,** § | |
| (No. 27847-045), § | Civil Action No. 4:20-CV-918-P |
| § | |
| **KRISTINA KOEHN,** § | |
| (No. 15271-062), § | Civil Action No. 4:20-CV-919-P |
| § | |
| **ROSE MYERS,** § | |
| (No.08419-063) § | Civil Action No. 4:20-CV-920-P |
| § | |
| **TAMMY MARIE LATHAM,** § | |
| (No. 38333-479), § | Civil Action No. 4:20-CV-1000-P |
| § | |
| **ROSE LINDA GANCERES,** § | |
| (No. 12577-479), § | Civil Action No. 4:20-CV-1044-P |
| § | |
| **FABIOLA SANCHEZ,** § | |
| (No. 85255-280), § | Civil Action No. 4:20-CV-1045-P |
| § | |
| **KAREN MAE LEE,** § | |
| (No. 57409-380), § | Civil Action No. 4:20-CV-1081-P |
| § | |
| **MARIA NUNEZ,** § | |

| | | |
|---|---|---|
| (No. 26633-078), | § | Civil Action No. 4:20-CV-1095-P |
| | § | |
| **SYLVIA RODRIGUEZ POBLANO,** | § | |
| (No. 81880-179), | § | Civil Action No. 4:20-CV-1096-P |
| | § | |
| **CONNIE VELEZ,** | § | |
| (No. 33190-045), | § | Civil Action No. 4:20-CV-1120-P |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| | § | |
| **WARDEN CARR,** | § | |
| **FMC-Carswell, et al.,** | § | |
| Defendants. | § | |

## FINAL JUDGMENT AS TO SOME CLAIMS
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(B)

This Court, in an Order entered this same date, dismissed one of these plaintiffs' claims. Each plaintiff has other claims that remain pending before the Court. There is no just reason for delay of the entry of judgment as to the claim already dismissed; the Court thus directs the entry of judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiffs' motions/requests for compassionate release in these cases, construed as motions/requests for modification of sentence under 18 U.S.C. § 3582(c)(1)(A), are **DISMISSED** for lack of jurisdiction without prejudice to any such plaintiff seeking relief in her sentencing court.[1]

**SIGNED** this **22nd day** of **December, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] The Court will subsequently appoint counsel to review and assist the plaintiffs on their remaining claims. Counsel are not appointed for any appeal from these dispositions.