IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FAITH BLAKE, | § | |
| (No. 73053-279), | § | Civil Action No. 4:20-CV-807-P |
| TIFFANY SNODGRASS, | § | |
| (No. 20160-043), | § | Civil Action No. 4:20-CV-852-P |
| SHELLY MIXON, | § | |
| (No. 12079-480), | § | Civil Action No. 4:20-CV-854-P |
| | § | |
| v. | § | |
| | § | |
| WARDEN CARR, | § | |
| FMC-Carswell, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING RECENTLY FILED DOCUMENTS

In all of these pending cases, the inmate plaintiffs recently filed a volume of papers, *pro se*, docketed as "correspondence to the Court." Plaintiffs filed these documents even though they are represented by counsel. These plaintiffs do not have a right to hybrid representation; thus, only pleadings filed by their appointed counsel will be considered. The clerk of Court shall forward a copy of this order to each of these three plaintiffs at their respective Bureau of Prisons' address.

**SO ORDERED** this **19th day** of **July, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE